UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

WARRIOR TRADING, INC., a Delaware corporation; and ROSS CAMERON, an individual,

    Plaintiffs,

vs.

DAVID JAFFEE, an individual, together or in concert with another unknown entity doing business as "Best Stock Strategy",

    Defendants.
_____/

## VERIFIED COMPLAINT

Plaintiffs WARRIOR TRADING, INC. ("Warrior Trading") and ROSS CAMERON ("Cameron") sue DAVID JAFFEE, an individual, together or in concert with another unknown entity doing business as "Best Stock Strategy".

### PARTIES, JURISDICTION, AND VENUE

1. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), as the matter in controversy exceeds the value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

2. Venue in this district is proper pursuant to 28 U.S.C. § 1391, as a substantial part of the events giving rise to these claims occurred in this district.

3. Warrior Trading is a corporation organized under the laws of the State of Delaware.

4. Cameron is an individual and citizen of Massachusetts and is a principal of Warrior Trading.

5. Jaffee is an individual and, upon information and belief, is a citizen of Miami-Dade County, Florida.

6. Venue in this Court is proper pursuant to 28 U.S.C. §1391(b)(1) because Defendant resides in this District. Further, venue is proper because Defendant committed tortious acts in this District, specifically directing false and defamatory statements by electronic means from this District.

## FACTS

7. Warrior Trading is a successful trading education business. On its website, warriortrading.com, it hosts a large community of active day traders and investors, providing educational content to its followers and premium members daily.

8. Warrior Trading relies, in part, on positive reviews and feedback from its current and former students regarding Warrior Trading's high-quality services as well as sophisticated and expensive marketing in order to maintain and expand its business.

9. Cameron is the founder of Warrior Trading, a full-time day trader, and the head trading mentor for Warrior Trading.

10. Jaffee does business through a website called "http://www.beststockstrategy.com" and uses the name "Best Stock Strategy" elsewhere in the course of business.

11. The terms and conditions page of "www.beststockstrategy.com" claims that "Best Stock Strategy, LLC" is a Florida limited liability company; however, a search of the records available on the State of Florida Division of Corporations' website, www.sunbiz.org, does not disclose the existence of any such company. A search likewise does not disclose a fictitious

name or trademark filed under either "Best Stock Strategy" or "beststockstrategy". Though not, apparently, a proper business entity, for convenience here, Plaintiffs will use "Best Stock Strategy" to refer to Defendants when one or both of them does business using this name, whether on the www.beststockstrategy.com website, the YouTube channel Defendants utilize, or elsewhere.

12. Defendant Jaffee also owns and operates a website dedicated to training people on stock trading and other topics (http://davidjaffee.com/).

13. Best Stock Strategy also operates a YouTube channel, where it publishes videos and makes statements that are accessible to the public.

14. Best Stock Strategy is a direct competitor of Warrior Trading in providing trading education.

15. Jaffee is the founder and head trading coach for Best Stock Strategy, that is, he holds basically the same role as Cameron does with Warrior Trading. Jaffee claims to make "around a million dollars a year by trading stock options." *See* https://www.youtube.com/watch?v=hQR5mPdIj2k.

16. Best Stock Strategy markets itself as having "Free Trading from the Only Legitimate Stock Market Coach" and Jaffee purports to be "the Best Coach for You."

17. On or about November 3, 2018, Defendants published a video on Best Stock Strategy's YouTube channel titled, "Live Trading and Day Trading is a Scam & Fraud" ("First Video"). *See* https://www.youtube.com/watch?v=hQR5mPdIj2k.

18. On or about November 7, 2018, Defendants published a video on Best Stock Strategy's YouTube channel titled, "Warrior Trading SCAM & FRAUD Ross Cameron scam FAKE REVIEWS" ("Second Video"). *See* https://www.youtube.com/watch?v=MPpq5VWeYRY.

3

19. In the First Video and Second Video, Defendants intentionally published false statements about Plaintiffs, including specifically that:

    a. Plaintiffs are "all criminals and they deserve to be in jail." (V1 0:26-0:39)

    b. Plaintiffs don't show actual transactions or statements and that "honestly if they did show you their brokerage statements I would think that they're going to be fake." (V1 0:40-1:00)

    c. Any of those gurus[1] [referring to Warrior Trading and Cameron] "are complete fake gurus. They're criminals. They belong in jail." (V1 1:09-1:14)

    d. "[A]ll of [Plaintiffs'] reviews are fake." (V1 4:14-4:37)

    e. Plaintiffs are "criminals who are trying to take your money . . . you're going to lose all of your money . . . I will still be creating videos once you get defrauded by these criminals who belong in jail." (V1 6:37-6:47; 7:24-7:32; 7:44-7:57)

    f. "websites like Warrior Trading are compete scams, rip-offs, and all their reviews are fake." (V2 0:11-0:30)

    g. ". . . [his] students have messaged [him] and relayed stories about how they were scammed by these companies . . . [fell] for these [Plaintiffs'] scams." (V2 0:36-0:52)

    h. "And make no mistake about it, these people like Ross Cameron and Warrior Trading they intentionally try to defraud and manipulate innocent people in order to separate them from their hard-earned money and they're criminals." (V2 0:51-1:16)

    i. "[Plaintiffs] are 100 percent criminals." (V2 0:51-1:16)

    j. "All of the reviews on Ross Cameron's website for Warrior Trading and WarriorTrading.com are completely fraudulent." (V2 0:51-1:16)

    k. "you will never make any money by buying their products because their products are complete garbage and you're going to lose all of your money." (V2 4:25-4:42)

    l. "You should try to buy one of these programs from Warrior Trading … and then you should experience how much anxiety and stress you are

---

[1] In stock trading education, the term "guru" is frequently used to describe somebody who is the head trading mentor or coach.

4

     going to feel once you spend thousands of dollars only to then lose all of your money … you're going to lose all of your money." (V2 6:35-6:58)

  m. "It will show you how Warrior Trading is a complete scam how they make up their fake reviews how they can't be trusted." (V2 8:02-8:11)

  n. "please share this comment and like this … because I don't want innocent people losing their money to these criminals who belong in prison." (V2 9:03-9:16)

  o. "it turned out to be a scam, they get paid by crooks, they hide your reviews … these guys are they're like scammers, stay away…" (V2 10:47-11:16)

20. In the comment sections to the First Video and Second Video, Defendants intentionally published false statements about Plaintiffs, including specifically that:

  a. "Day traders = fraud victims"

  b. "I put out a lot of free videos which are actually valuable, unlike day trading – since day traders are fraud victims."

  c. "I'm an affiliate of Warrior Trading or a fake account, I know that they are fraudulent criminals, but I don't want others to know so I'm going to write this comments and try and convince other innocent people to be fraud victims."

  d. "Ross is a fraud. Fake reviews and he likely trades a practice account with fake money. Day traders = scam victims"

  e. "Warrior Trading also plants fake students in his chat room.. And… they've posted tons of FAKE comments on this video."

  f. "So while you seem motivated to perpetuate fraud from people like Ross Cameron, I've chosen to have integrity and help people."

  g. "Following frauds like … and Warrior Trading is not a good habit."

  h. "I help people, I don't defraud them like Warrior Trading."

  i. "Warrior Trading defrauds innocent people and perpetuates fraud."

  j. "The evidence is pretty overwhelming that Warrior Trading is fraudulent. I hope they sue me so that we can subpoena their trading records because not only do they leave fake reviews (and then market these fraudulent

        reviews as accurate to their fraud victim students), but ... I don't believe they actually trade."

k.   "Ross Cameron is a fraud who does not trade..."

l.   "Warrior Trading is a scam..."

m.   "Warrior Trading 'students' in their chat room are fake. They chat about their profits yet its fraudulent."

n.   "Warrior Trading uses these fake chat members to perpetuate their fraud and make it seem like their students can actually make money. ... Warrior Trading students = fraud victims."

o.   "The intent of Warrior Trading is to defraud and exploit innocent people..."

p.   "Ross Cameron is a fraud..."

q.   "[Ross Cameron] doesn't trade and he's a criminal."

r.   "Yes, fraud is what they're selling."

s.   "Ross Cameron's intention is to defraud."

t.   "Ross Cameron is a fraud and criminal. He steals millions from people every year... He's a wolf in sheep's clothing."

u.   "When scammers come in, Warrior Trading, and tell people that they can help, people want to believe them. Which is what happens with Warrior Trading students. Since they are fraud victims."

v.   "And, unlike Warrior Trading, my statements are not fake... my intention is to help others, not to defraud others like Warrior Trading."

21.   Defendants have continued to make derogatory comments about Plaintiffs in the comment sections of the videos.

22.   The purpose of the videos and comments is to make false, disparaging, and inflammatory allegations about Ross Cameron and Warrior Trading in order deliberately to harm Plaintiffs' business.

6

23. Because Warrior Trading is a well-known trading education company and Cameron is a well-known coach, Defendant intentionally misused their names in the titles of Best Stock Strategy's videos and in other content in order to drive more traffic to Best Stock Strategy to promote Defendants' business while disparaging Plaintiffs' business.

24. Defendants request that viewers "like," "share," and "comment" on the videos in order to further spread lies about Plaintiffs and to drive more traffic to Best Stock Strategy's website and YouTube channel. To date, the videos have been viewed over 35,000 times.

25. Defendants used the false and defamatory statements to attempt to steal customers from Plaintiffs, to interfere in Plaintiffs' business, and to unfairly compete with Plaintiffs.

26. Plaintiffs demanded that Defendants cease making false statements regarding them, to remove the false and defamatory statements from Defendants' YouTube channel and elsewhere, and to retract and correct the false statements. Defendants have failed and refused to do so.

27. Defendants have been required to retain the services of counsel and are entitled to attorney's fees incurred.

## COUNT I
## DEFAMATION PER SE

28. Plaintiffs reallege paragraphs 1 through 27 as though restated verbatim here.

29. Defendants published numerous false and defamatory statements regarding Plaintiffs.

30. Each of Defendants' statements were false because they asserted and implied, among other things, that Plaintiffs are "criminals", engaged in criminal conduct and engaged in fraudulent conduct.

31. Defendants' statements constitute defamation *per se*.

32. Defendants, who hold themselves out as being sophisticated stock traders and educators either knew that his statements were false or recklessly disregarded that the statements were false despite awareness of the probable falsity of their statements.

33. As a result of Defendants' widespread dissemination of their false statements, Plaintiffs have suffered monetary damages, lost profits, reputational harm including injury to their business reputation, goodwill, and, in Cameron's case, humiliation, mental anguish and suffering.

WHEREFORE, Plaintiffs Warrior Trading and Cameron seek to enjoin Plaintiffs' publication of false statements about them, and for judgment for damages including, but not limited to, actual, consequential, presumed and punitive damages, together with the costs of this action.

## COUNT II
## DEFAMATION

34. Plaintiffs reallege paragraphs 1 through 27 as though restated verbatim here.

35. Defendants published numerous defamatory, false statements regarding Plaintiffs.

36. Each of Defendants' statements were false because they asserted and implied, among other things, that Plaintiffs were engaged in some unspecified criminal conduct and engaged in fraudulent conduct.

37. Defendants, who hold themselves out as sophisticated stock traders and educators either knew that his statements were false or recklessly disregarded that the statements were false despite awareness of the probable falsity of their statements.

38. As a result of Defendants' widespread dissemination of their false statements, Plaintiffs have suffered monetary damages, lost profits, reputational harm including injury to

their business reputation, goodwill, and, in Cameron's case, humiliation, mental anguish and suffering.

WHEREFORE, Plaintiffs Warrior Trading and Cameron seek to enjoin Plaintiffs' publication of false statements about them, and for judgment for damages including, but not limited to, actual, consequential, presumed and punitive damages, together with the costs of this action.

## COUNT III
## VIOLATION OF THE FLORIDA DECEPTIVE
## AND UNFAIR TRADE PRACTICES ACT

39. Plaintiffs reallege paragraphs 1 through 27 as though restated verbatim here.

40. The Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Section 501.201 et seq., Florida Statutes, renders unlawful unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce. It was enacted to protect the consuming public and legitimate business enterprises from those who engage in unfair methods of competition, or unconscionable, deceptive or unfair acts or practices in the conduct of any trade or commerce.

41. At all relevant times, Defendants were engaged in trade or commerce as defined in section 501.203, Florida Statutes.

42. Defendants' misconduct in making false and defamatory statements about Plaintiffs, who are conducting a legitimate business enterprise, is unfair, unconscionable, and deceptive.

43. Defendants violated and continue to violate FDUTPA, and as a direct and proximate result of the violations, Plaintiffs have been and continue to be damaged.

WHEREFORE, Plaintiffs demand a declaratory judgment that Defendants David Jaffee and David Jaffee Consulting, Inc., d/b/a "Best Stock Strategy" violated FDUTPA and an injunction enjoining future violations of FDUTPA pursuant to section 501.211(1), Florida Statutes, actual damages for violation of FDUTPA pursuant to section 501.211(2), Florida Statutes, monetary damages, an award of attorneys' fees and costs pursuant to sections 501.211(2) and 501.2105, Florida Statutes, prejudgment interest, and all such other relief the Court deems just.

## JURY DEMAND

Plaintiffs demand trial by jury on those issue so triable as of right by jury.

Dated: January 9, 2019                          Respectfully submitted,

*Marissa D. Kelley*
Marissa D. Kelley (Florida Bar No. 379300)
Primary:  mkelley@stearnsweaver.com
Secondary:  sbauer@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
New River Center, Suite 2100
200 East Las Olas Boulevard
Fort Lauderdale, Florida  33301
Telephone:  954-462-9500
*Counsel for Plaintiffs*

## VERIFICATION

I, Ross Cameron, CEO of Warrior Trading, Inc., have read the foregoing Verified Complaint. Its allegations are true and correct to the best of my knowledge and belief.

_____
ROSS CAMERON

STATE OF MASSACHUSETTS )
                                          ) SS
COUNTY OF Berkshire )

The foregoing instrument was acknowledged before me this 9TH day of January, 2019, by Ross Cameron as CEO of Warrior Trading, Inc., who (X) is personally known to me or ( ) has produced _____ as identification.

[SEAL]

_____
Notary Public
State of Massachusetts

DARLENE M. BALESTRO
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
January 03, 2025

#7086052 v3