UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:19-cv-20121-JLK**

WARRIOR TRADING, INC., a Delaware
corporation; and ROSS CAMERON, an individual,

    Plaintiffs,

vs.

DAVID JAFFEE, individually, or in concert
with an unknown entity, doing
business as "Best Stock Strategy",

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER

THIS PROCEEDING came before the Court upon Plaintiffs' Expedited Motion for Temporary Restraining Order [DE 4] ("Motion"). As set forth in the Motion, Plaintiffs seek a temporary restraining order requiring Defendants, and any others acting in concert with them, to remove all false and defamatory statements about Plaintiffs from the "Best Stock Strategy" YouTube Channel and or elsewhere that they have published false and defamatory statements about Plaintiffs.

The Court reviewed the Motion and the record, and upon consideration of the arguments and the evidence submitted, finds that the Motion is well taken and is hereby **GRANTED**.

The Court finds that based upon the facts of the Verified Complaint and the Motion, the Plaintiffs have met the standard for a temporary restraining order without notice pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. Plaintiffs have shown that (1) they have a substantial likelihood of success on the merits; (2) that they will suffer irreparable injury unless the injunction issues; (3) that the threatened injury to the movant outweighs whatever damage the

proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest. Specifically, Plaintiffs have demonstrated that absent injunctive relief, Plaintiffs will continue to suffer irreparable injury in the form of business reputational damages and loss of good will. Accordingly, Plaintiffs are entitled to a preliminary injunction against Defendant and those acting in concert with him.

Defendant, and all others acting in concert with him, and any others with actual notice of this order are directed immediately to remove the videos on Best Stock Strategy's YouTube channel titled, "Live Trading and Day Trading is a Scam & Fraud", published on or about November 3, 2018 ("First Video") and video titled, "Warrior Trading SCAM & FRAUD Ross Cameron scam FAKE REVIEWS" ("Second Video"), published on or about November 7, 2018 as well as all associated comments and content. Defendant is further directed immediately to remove from YouTube or from any other public or private forum, social or other media, any and all re-publication of the First Video and Second Video, or any statements similar to those made in them. Plaintiffs are not required to post a bond.

This Order is issued this 11 day of January, 2019 at 11:45 .m. This Order is issued without notice because Plaintiffs' counsel demonstrated sufficient efforts made to give notice to Defendant and demonstrating why such notice should not be required, including that Defendant did not comply with prior demands to cease and desist in his defamation. This Order shall remain in full force and effect until fourteen (14) days after issuance of this Order and may be extended by this Court for good cause.

The Motion for Preliminary Injunction is hereby set for hearing at 10:30 .m. on the date of January 15, 2019 in this Court.

IT IS SO ORDERED.

*James Lawrence King*
UNITED STATES DISTRICT JUDGE

#7106037 v3

2