AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WARRIOR TRADING, INC., ET AL

V.

DAVID JAFFEE d/b/a BEST STOCK STRATEGY

**EXHIBIT AND WITNESS LIST**

Case Number: 19-20121-CIV-KING

| PRESIDING JUDGE<br>JAMES LAWRENCE KING | PLAINTIFF'S ATTORNEY<br>Marissa D. Kelley, Esq. | DEFENDANT'S ATTORNEY<br>David Jaffee |
|---|---|---|
| TRIAL DATE(S)<br>January 15, 2019 | COURT REPORTER<br>Glenda Powers | COURTROOM DEPUTY<br>Joyce M. Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 1/15/2019 | ✓ | 1/15/2019 | Return of Service |
| 2 |  | 1/15/2019 | ✓ | 1/15/2019 | Declaration of Kerssant Metellus |
| 3 |  | 1/15/2019 | ✓ | 1/15/2019 | YouTube Screen-shots (composite) |
| 4 |  | 1/15/2019 | ✓ | 1/15/2019 | Warrior Trading - Demand to Cease and Desist (composite) |
| 5 |  | 1/15/2019 | ✓ | 1/15/2019 | Best Stock Strategy Privacy Policy |
| 6 |  | 1/15/2019 | ✓ | 1/15/2019 | Supplemental Affidavit of Ross Cameron |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages