UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv -20121-JLK

WARRIOR TRADING, INC., a Delaware
corporation and ROSS CAMERON, an individual,

    Plaintiffs,

vs.

DAVID JAFFEE, individually, or in concert
with an unknown entity, doing
business as "Best Stock Strategy",

    Defendant.
_____/

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF WARRIOR TRADING, INC.

Plaintiff, WARRIOR TRADING, INC., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1(a), states that Ross Cameron owns 90% and Alex Fortis owns 10% of WARRIOR TRADING, INC.'s outstanding shares of common stock.

Dated:  February 4, 2019                    Respectfully submitted,

                                              */s/Marissa D. Kelley*
                                              MARISSA D. KELLEY
                                              Florida Bar No. 379300
                                              mkelley@stearnsweaver.com
                                              PAUL CRUCET
                                              Florida Bar No. 122169
                                              pcrucet@stearnsweaver.com
                                              **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
                                              *Attorneys for Plaintiff*
                                              200 East Las Olas Boulevard, Suite 2100
                                              Fort Lauderdale, Florida 33301
                                              Telephone:  (954) 462-9500
                                              Facsimile:  (954) 462-9572

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 4, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Marissa D. Kelley*
MARISSA D. KELLEY

## SERVICE LIST

Jeffrey M. Berman, Esq.
jeff@jmbermanlaw.com
Jeffrey M. Berman, P.A.
1722 Sheridan Street, No. 225
Hollywood, Florida 33020
Phone: 305/834-4150 / Fax: 305/832-0145
*Attorney for Defendant*