UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv -20121-JLK

**WARRIOR TRADING, INC.**, a Delaware corporation
and **ROSS CAMERON**, an individual,

**Plaintiffs,**

vs.

**DAVID JAFFEE**, individually, or in concert
with an unknown entity,
d/b/a "Best Stock Strategy",

**Defendant.**

_____/

### REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH THE COURT'S ORDER GRANTING PRELIMINARY INJUNCTION

This matter arose on the Plaintiffs' Motion for Order to Show Cause Why Defendant Should Not Be Held in Contempt of Court for the Failure to Comply with this Courts Order Granting Preliminary Injunction ("Motion"), filed on February 11, 2019.  ECF No. [17].  On February 13, 2019, Defendant filed a Declaration in Opposition to Plaintiff's Motion.  ECF No. [18].  On February 21, 2019, the Court held a Status Conference on the Motion at which time the parties represented that the alleged violations were being reviewed and resolved by the parties and that no further hearing was required by the Court at this time.

Based on the foregoing and for the reasons stated on the record during the February 21, 2019 hearing, it is **RECOMMENDED** that the District Court **DENY** the Motion without Prejudice.  The parties will have three calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United

States District Judge to whom this case is assigned. Any request for an extension of this deadline must be made within two calendar days from the date of this Order. Given the fact that the Court's reasoning and the parties positions were fully discussed at the hearing, the time to file objections has been shortened.

Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn,* 474 U.S. 140 (1985).

DONE AND SUBMITTED in chambers in Miami, Florida, on February 21, 2019.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
The Honorable James Lawrence King, United States District Judge
All counsel of record