UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-20121-JLK

WARRIOR TRADING, INC., a Delaware
corporation and ROSS CAMERON, an individual,

    Plaintiffs,

vs.

DAVID JAFFEE, individually, or in concert
with an unknown entity, doing
business as "Best Stock Strategy",

    Defendants.

_____/

## CONSENT PERMANENT INJUNCTION AND FINAL ORDER

THIS PROCEEDING came before the Court, having been advised of the parties' Stipulation for Consent Permanent Injunction and Dismissal, having reviewed the file and being fully advised in the premises. Based upon the agreement of the parties, and for the reasons set forth in the Preliminary Injunction [D.E. 13] it is hereby **ORDERED AND ADJUDGED** that the Defendant David Jaffee and all others acting in concert with him, including the officers, directors, employees, agents, subsidiaries, and affiliates of any business entity through which Defendant Jaffee does business, whether as "Best Stock Strategy" or otherwise, and any others with actual notice of this order are permanently enjoined and directed as follows:

    1.    Defendant is directed not to post or re-post any matter that was enjoined as set forth in this Court's Preliminary Injunction, including the videos on Best Stock Strategy's YouTube channel titled, "Live Trading and Day Trading is a Scam & Fraud", published on or about November 3, 2018 ("First Video") and video titled, "Warrior Trading SCAM & FRAUD

Ross Cameron scam FAKE REVIEWS" ("Second Video"), published on or about November 7, 2018 as well as all associated comments and content;

2. Defendant is prohibited from any and all re-publication of the First Video and Second Video on YouTube or from any other public or private forum, social or other media

3. Defendant is prohibited from publishing on YouTube or on any other public or private forum, social or other media, any and all or videos containing any statements about Plaintiffs similar to those made in the First Video, Second Video and all associated comments and content;

4. Defendant is prohibited from adding any tags, links or other searchable indicators referencing Plaintiffs in any videos or other content in which similar defamatory statements are made, whether or not the Plaintiffs' names are referenced in the video titles or explicitly in the video or other content; and

5. Defendant is directed not to share the First Video or Second Video or any other material containing defamatory statements privately with any third party and to refrain from making statements to third parties similar to those made in the First Video, Second Video or comments.

6. The parties waive all rights to appeal this Permanent Injunction and Final Order.

7. The case is dismissed with each side to bear its own attorneys' fees and costs.

8. All pending motions are denied as moot. All hearings, trial settings and deadlines are cancelled.

9. Plaintiffs are not required to post a bond. This Injunction shall remain in effect indefinitely. The Court retains jurisdiction to enforce the injunction, if necessary, including by awarding damages resulting from any violation, imposing monetary sanctions, including an

#7121382 v2

award of attorneys' fees and costs, by contempt or otherwise, and to enter such other relief as may be appropriate in the circumstances.

DONE AND ORDERED in Chambers in Miami-Dade County Florida, this __5__ day of August, 2019.

 JAMES LAWRENCE KING
 UNITED STATES DISTRICT JUDGE

#7121382 v2